324 F.2d 955
 SURRENDRA (OVERSEAS) PRIVATE, LTD., Libellant-Appellee,
v.
S.S. HELLENIC HERO, S.S. HELLENIC SAILOR and Hellenic Lines,
Limited, Claimant-Respondent-Appellant.
 No. 127, Docket 28270.
 United States Court of Appeals Second Circuit.
 Argued Nov. 4, 1963.
Decided Nov. 29, 1963.
 
 Burlingham, Underwood, Barron, Wright & White, New York City (Norman M. Barron, Charles L. Trowbridge, New York City, of counsel), for libellant-appellee.
 Hill, Betts, Yamaoka, Freehill & Longcope, New York City (James E. Freehill, Donald B. Allen, New York City, of counsel), for claimant-respondent-appellant.
 Before WATERMAN, MOORE and SMITH, Circuit Judges.
 PER CURIAM.
 
 
 1
 We affirm the judgment below on the opinion of Judge Cashin, United States District Court for the Southern District of New York, the trial judge, reported at D.C., 213 F.Supp. 97.